UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTERO COLLINS,

      Plaintiff,

   v.

JOSIAH JOHNSON, et al.,

      Defendants.

Case No. 24-cv-01415-JST

**ORDER OF DISMISSAL**

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2026, the parties filed a joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). ECF No. 50. The joint stipulation states as follows:

> Plaintiff Artero Collins and Defendants C. Cantrall, D. Orosa, E. Barragan, E. Gonzalez, and J. Johnson, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

> Each party shall bear its own litigation costs and attorney's fees.

ECF No. 50. The stipulation is signed by Plaintiff and by counsel for Defendants. *Id.* Pursuant to the joint stipulation, the Court ORDERS that this entire action and Defendants are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

    **IT IS SO ORDERED.**

Dated: March 11, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California